# VIOLATION NOTICE

Violation Number: R3223476
Officer Name (Print): SSgt Goring
Officer No: G2279

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 2006/08/08 12:20
Offense Charged: ☐ CFR ☐ USC ☒ State Code — Title 11 Section 840
Place of Offense: BX #266 Dover AFB, DE 19902
Offense Description: Title 11, Section 840 shoplifting, class A misdemeanor

## DEFENDANT INFORMATION

Last Name: Raines
First Name: Sharon
MI: R
Phone: ( )
Street Address: (REDACTED)
City: Greensboro
State: MD
Zip Code: 21639
Date of Birth (mm/dd/yyyy): (REDACTED) 1977
Drivers License No: K-520-765-734-866
DL State: MD
Social Security No: (REDACTED)
☐ Adult  ☐ Juvenile   Sex: ☐ Male ☒ Female
Hair: BR   Eyes: HZ   Height: 62   Weight: 145

### VEHICLE DESCRIPTION

Tag No: — State: — VIN: — Year: — Make/Model: — Color: —

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown you will be notified of your appearance date by mail.)
Court Address: US District Court, 844 King St, Wilmington DE 19801
Date (mm/dd/yyyy): — Time (hh:mm): —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed] Sharon Raines

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8 Aug, 2006, while exercising my duties as a law enforcement officer in the Kent District of Delaware.

Your honor, I was dispatched to building 266 Base Exchange on Dover AFB for a shoplifting in violation. Mrs. Sharon R. Raines she was observed removing price tags and placing cheaper ones on the merchandise. Total value at the property should have been $150.00 and after the cheaper tags were placed on all items in possession the value was dropped to $120.00. She then paid for the items and exited the store.

Mrs. Raines is aware of her mandatory court appearance.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 8/8/2006  Officer's Signature: [signed] Ben Goring

Probable cause has been stated for the issuance of a warrant.

Executed on _____  U.S. Magistrate Judge